UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 3 0 2010

U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-366 (ESH) |
| | ) | |
| BALLI AVIATION LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In a hearing before Magistrate Judge Alan Kay on February 5, 2010, defendant Balli

Aviation Ltd. entered a plea of guilty. On March 12, 2010, the magistrate judge issued a Report

and Recommendation advising the Court to accept defendant's plea. The Court has received no

objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file

for consideration by the district judge written objections to the magistrate judge's proposed

findings and recommendations . . . within fourteen (14) days after being served with a copy

thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge

and accepts defendant's guilty plea.

**SO ORDERED.**



ELLEN SEGAL HUVELLE
United States District Judge

Date: March 26, 2010